# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

| WASHINGTON COUNTY, SC | SUPERIOR COURT |
|---|---|

| KATHRYN NARCISI | ) |
| *PLAINTIFF,* | ) |
| | ) |
| VS. | ) CA No. WC-2019- |
| | ) |
| TURTLEBOY DIGITAL MARKETING, LLC | ) |
| D/B/A TURTLEBOYSPORTS.COM | ) |
| *DEFENDANT* | ) |
| | ) |

## MOTION FOR A TEMPORARY RESTRAINING ORDER

PLAINTIFF DEMANDS DEFENDANT BE RESTRAINED AND ENJOINED FROM CONTACTING, ASSAULTING, MOLESTING, STALKING, CYBER STALKING, CYBER BULLYING, BULLYING, HARASSING, THREATENING, ANNOYING, SLANDERING OR OTHERWISE INTERFERING WITH PLAINTIFF AT HOME, AT WORK, THROUGH THIRD PARTIES, ON THE STREET, OR ELSEWHERE. THE PLAINTIFF DEMANDS THAT ANY AND ALL POSTS, BLOGS, AND COMMENTS FOLLOWING THE SAME BE IMMEDIATELY REMOVED FROM THE DEFENDANT'S WEBSITE AND ALL OTHER SITES ASSOCIATED WITH THE SAME.

AS GROUNDS THEREFORE, PLAINTIFF AVERS AND INCORPORATES ALL THE ALLEGATIONS CONTAINED IN HIS VERIFIED COMPLAINT FILED CONTEMPORANEOUSLY HEREWITH.

RESPECTFULLY SUBMITTED,
KATHRYN NARCISI
BY HER ATTORNEY,

/S/ CHRISTOPHER T. MILLEA, ESQ.
37 SOCKANOSSET CROSSROAD
CRANSTON, RI 02920
401.453.4000
MILLEALAW@VERIZON.NET

EXHIBIT C