STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

WASHINGTON COUNTY, SC     SUPERIOR COURT

| | |
|---|---|
| KATHRYN NARCISI ) | |
|    PLAINTIFF, ) | |
| ) | |
| Vs. ) | CA No. WC-2019- |
| ) | |
| TURTLEBOY DIGITAL MARKETING, LLC ) | |
|    D/B/A TURTLEBOYSPORTS.COM ) | |
|    DEFENDANT ) | |

AFTER HEARING BEFORE JUDGE SUSAN MCGUIRL ON MAY 13, 2019, IT IS HEREBY:

**ORDERED, ADJUDGED AND DECREED:**

THAT THE DEFENDANT BE RESTRAINED AND ENJOINED FROM CONTACTING, ASSAULTING, MOLESTING, STALKING, CYBER STALKING, CYBER BULLYING, BULLYING, HARASSING, THREATENING, ANNOYING, SLANDERING OR OTHERWISE INTERFERING WITH PLAINTIFF AT HOME, AT WORK, THROUGH THIRD PARTIES, ON THE STREET, OR ELSEWHERE. THE DEFENDANT SHALL IMMEDIATELY REMOVE ANY AND ALL POSTS, BLOGS, AND COMMENTS REGARDING THE PLAINTIFF, EITHER BY HER NAME, KATHRYN NARCISI, OR THE PSEUDONYM "FAILURE SWIFT", BE IMMEDIATELY REMOVED FROM THE DEFENDANT'S WEBSITE AND ALL OTHER SITES ASSOCIATED WITH THE SAME.

BY ORDER OF:                                ENTER:

_Christine Feeney_                          _McGuirl, J._

CLERK OF THE SUPERIOR COURT                 JUDGE OF THE SUPERIOR COURT

                                                         DATED: 5-16-19

PREPARED BY:

_Christopher T. Millea_

CHRISTOPHER T. MILLEA, ESQ.
ASST. SOLICITOR, CITY OF CRANSTON
37 SOCKANOSSET CROSSROADS
CRANSTON, RI 02920
401.484.1022 VOICE (24/7)
401.453.4000 VOICE (24/7)
401-633-6341 FAX
WWW.MILLEALAW.COM

EXHIBIT D