UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

KATHRYN NARCISI
        Plaintiff,

     v.                                1:19-cv-00329-MSM-PAS

TURTLEBOY DIGITAL MARKETING, LLC
d/b/a TURTLEBOYSPORTS.COM
        Defendant.

### JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Pursuant to this Court's order entered on September 3, 2020, this civil action is hereby dismissed in accordance with Fed. R. Civ. P. 58.

It is so ordered.

September 3, 2020                        By the Court:

                                                /s/ Hanorah Tyer-Witek.
                                                Clerk of Court